**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ENVIRONMENTAL PROTECTION AGENCY, CARBON TETRACHLORIDE (CTC); REGULATION UNDER THE TOXIC SUBSTANCES CONTROL ACT (TSCA), 89 FED. REG. 103512, PUBLISHED ON DECEMBER 18, 2024** MCP No. 195

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

The Environmental Protection Agency issued a final rule, which was published in the Federal Register on December 18, 2024. The Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order on January 17, 2025. The notice included petitions for review pending in seven circuit courts of appeal as follows: Third Circuit, Fifth Circuit, Sixth Circuit, Eighth Circuit, Ninth Circuit, Eleventh Circuit, District of Columbia Circuit.

The Panel has randomly selected the United States Court of Appeals for the Eighth Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Eighth Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

Chelsea Thomas
Chelsea Thomas, Case Administrator
Random Selector

Owens
Tanasia Owens, Case Administrator
Witness

**IN RE: ENVIRONMENTAL PROTECTION AGENCY, CARBON TETRACHLORIDE (CTC); REGULATION UNDER THE TOXIC SUBSTANCES CONTROL ACT (TSCA), 89 FED. REG. 103512, PUBLISHED ON DECEMBER 18, 2024** MCP No. 195

**SCHEDULE OF PETITIONS**

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| Third Circuit, No. 25-1056 | United Steel Paper and Forestry Rubber Manufacturing v. Environmental Protection Agency |
| Fifth Circuit, No. 25-60007 | Texas Chemistry Council v. Environmental Protection Agency |
| Sixth Circuit, No. 25-3013 | Ohio Chemistry Technology Council v. Environmental Protection Agency |
| Eighth Circuit, No. 25-1014 | Olin Corporation v. Environmental Protection Agency, et al. |
| Ninth Circuit, No. 25-136 | Sierra Club v. United States Environmental Protection Agency, et al. |
| Eleventh Circuit, No. 25-10026 | American Chemistry Council, et al. v. U.S. Environmental Protection Agency |
| D.C. Circuit, No. 25-1010 | Ohio Environmental Council, et al. v. Environmental Protection Agency, et al. |
| D.C. Circuit, No. 25-1015 | International Union, United Automobile, Aerospace v. Environmental Protection Agency |